# EXHIBIT A

(12) **United States Design Patent**     (10) Patent No.:     **US D669,112 S**

Gustaveson     (45) Date of Patent:     ✹✹ **Oct. 16, 2012**

(54) **WEBCAM COVER**

(75) Inventor:   **Ron G. Gustaveson**, Draper, UT (US)

(73) Assignee:   **Gust Marketing, L.L.C.**, Draper, UT (US)

(✹✹) Term:   **14 Years**

(21) Appl. No.: **29/385,909**

(22) Filed:   **Feb. 22, 2011**

(51) **LOC (9) Cl.**  ..................................... **16-05**
(52) **U.S. Cl.**  ..................................... **D16/237**; D16/208
(58) **Field of Classification Search** ................ D16/202, D16/208, 219, 237; 348/373–376, 552; 396/429, 396/535
    See application file for complete search history.

(56)     **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 5,801,919 A * | 9/1998 | Griencewic | 348/552 |
| 6,812,958 B1 * | 11/2004 | Silvester | 348/375 |
| 7,061,536 B2 * | 6/2006 | Cha | 348/376 |
| 7,435,018 B2 * | 10/2008 | Huang et al. | 396/535 |
| 7,563,040 B2 * | 7/2009 | Tsai et al. | 348/374 |
| 7,973,856 B2 * | 7/2011 | Lee et al. | 348/375 |

| | | | |
|---|---|---|---|
| D650,408 S * | 12/2011 | Kim et al. | D16/202 |
| 8,242,924 B2 * | 8/2012 | Huang et al. | 348/373 |
| 2009/0284635 A1 * | 11/2009 | Sung et al. | 348/333.01 |

* cited by examiner

*Primary Examiner* — Adir Aronovich
(74) *Attorney, Agent, or Firm* — Workman Nydegger

(57)     **CLAIM**

The ornamental design for a webcam cover, as shown and described.

**DESCRIPTION**

FIG. **1** is a front perspective view of a webcam cover in an open position showing my new design;
FIG. **2** is a front perspective view of a webcam cover in a closed position thereof;
FIG. **3** is an enlarged top plan view of the webcam cover in the open position;
FIG. **4** is an enlarged left side elevational view thereof;
FIG. **5** is an enlarged front elevational view thereof;
FIG. **6** is an enlarged right side elevational view thereof; and,
FIG. **7** is an enlarged bottom plan view thereof.
The broken lines showing environment in the drawings are included for illustrative purposes only and form no part of the claimed design.

**1 Claim, 3 Drawing Sheets**





*Fig. 1*



*Fig. 2*



Fig. 6

Fig. 3

Fig. 5

Fig. 7

Fig. 4