# EXHIBIT K



Charles B. Machion, Esquire
Senior Vice President, Senior Counsel

July 18, 2017

**VIA REGUALR MAIL & E-MAIL:** cjschmidt@hitpromo.net

CJ Schmidt, President
Hit Promotional Products  ASI/61125
PO Box 10200
St Petersburg, FL 33733-0200

      RE:    SolPals, LLC, *dba* C-SLIDE, ASI/43075  Intellectual Property Right Infringement

Dear Mr. Schmidt:

    Recently, ASI received notice from SolPals, LLC *dba* C-SLIDE, ASI/43075, stating that your company's product for sale in the ASI database is infringing upon their intellectual property rights. Your company's product, specifically product number 265, is allegedly infringing on SolPals' patent (copy of patent and product as seen in ESP enclosed).

    If you believe your company has the right to sell this product, please provide me with your position by Friday, July 28, 2017. If we do not receive a response by this date, we will have no other option than to remove the product in question from the database.

    If you would like to discuss this matter, you may contact me at (215) 953-3040. Thank you for your attention to this matter.

Sincerely,

Charles B. Machion
Senior Vice President, Senior Counsel

Enclosures
CBM/kk

Promoting Success™

4800 Street Road, Trevose, PA 19053-6698, USA  |  Phone: (215) 953-3519  |  Email: cmachion@asicentral.com  |  Web: www.asicentral.com  |  Fax: (215) 953-3545



**workman nydegger**

60 East South Temple
Suite 1000
Salt Lake City, Utah 84111
(801) 533-9800
www.wnlaw.com

Matthew A. Barlow
(801) 321-8804
mbarlow@wnlaw.com

August 25, 2017

**VIA FEDERAL EXPRESS**

Christopher J. Schmidt, President
**HIT PROMOTIONAL PRODUCTS**
7150 Bryan Dairy Rd.
Largo, FL 33777
hitrequest@hitpromo.net

    Re:    *Infringement of SolPals, LLC Intellectual Property*
    Our File:    18800.16-6

To Whom It May Concern:

    This firm represents SolPals, LLC ("SolPals") in connection with the protection and enforcement of its intellectual property rights. SolPals holds various intellectual property rights related to unique designs for webcam covers, and has obtained the following patents in the United States related to webcam covers:

| Patent | Title | Issue Date |
|---|---|---|
| U.S. Pat. No. D763,843 | Webcam Cover | 8/16/2016 |
| U.S. Pat. No. D721,396 | Webcam Cover | 1/20/2015 |
| U.S. Pat. No. D708,657 | Webcam Cover | 7/8/2014 |
| U.S. Pat. No. D782,562 | Webcam Cover | 3/28/2017 |
| U.S. Pat. No. D669,112 | Webcam Cover | 10/16/2012 |

    The Advertising Specialty Institute ("ASI") forwarded to SolPals a July 25, 2017 letter from H. William Larson, of Larson & Larson, regarding the HIT Promotional Products ("HIT") webcam cover sold in connection with ASI.[1] SolPals in turn forwarded the letter to us for our review. Mr. Larson's letter is solely directed to an analysis of whether the HIT product infringes SolPals' U.S. Patent No. D708,657. It is unclear whether you and/or Mr. Larson are aware of SolPals' other patents; Mr. Larson did not address whether the HIT product infringes any of SolPals' patents besides Patent No. D708,657. In any case, it is clear that you have been diligent in copying SolPals' patented products.

    For instance, the HIT product is substantially similar to the webcam cover of SolPals' U.S. Pat. No. D669,112 ("the '112 Patent"),[2] as shown in the side-by-side comparison below:

---

[1] https://www.hitpromo.net/product/show/265/security-webcam-cover

[2] A copy of the '112 Patent is attached hereto for your reference.

Christopher J. Schmidt, President
**HIT PROMOTIONAL PRODUCTS**
August 25, 2017
Page 2
-----------------------------------------------



As you can see, the HIT product and the design of the '112 Patent share substantial similarities. For instance, both comprise a rectangular webcam cover with a frame that holds a flat cover that can be slid in place over the lens of a camera on a computer or other device.

35 U.S.C. § 271 prohibits making, using, offering to sell, selling, or importing "any patented invention during the term of the patent" without authority from the patent owner. A patent owner may recover an infringer's total profits for sales of a product that infringes a design patent. *See* 35 U.S.C. § 289. The patent owner may recover the profits of the manufacturer and any seller in the chain of distribution of the infringing article. *See, e.g., Bergstrom v. Sears, Roebuck & Co.*, 496 F. Supp. 476, 496 (D. Minn. 1980).

A product design is said to infringe a patented design if the two designs are substantially similar to an ordinary observer such that the observer would purchase one product supposing he had purchased the other. *Egyptian Goddess, Inc. v. Swisa, Inc.*, 543 F.3d 665, 670–74, 677–79

Christopher J. Schmidt, President
**HIT PROMOTIONAL PRODUCTS**
August 25, 2017
Page 3

---

(Fed. Cir. 2008) (en banc) (relying on *Gorham Co. v. White*, 81 U.S. 511, 528 (1871) ("[I]f, in the eye of an ordinary observer, giving such attention as a purchaser usually gives, two designs are substantially the same, if the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other, the first one patented is infringed by the other."). Minor differences between a patented design and a copy will not preclude a finding of infringement. *Id.* at 670. As shown above, the HIT product is substantially similar to the design of the '112 Patent, and an ordinary observer would easily confuse them.

SolPals is committed to protecting its intellectual property rights, including its unique brands and designs. Given the striking similarity between the HIT product and the designs of SolPals' patents, SolPals is confident it will prevail in an infringement action if HIT continues to make, use, offer to sell, sell, or import its webcam covers in the United States. Before taking that step, however, SolPals is interested in attempting to amicably resolve this matter. Therefore, SolPals hereby demands that HIT immediately:

1. cease making, using, offering to sell, selling, and/or importing products in the United States, including the HIT webcam covers, that infringe any of SolPals' patents;
2. provide an accounting of any HIT webcam cover made, used, offered for sale, sold, and/or imported into the United States; and
3. identify the entity that manufactures the HIT webcam cover.

In addition, please do not destroy any documents, information, or things relating to the HIT webcam cover (including its design, development, and manufacture) until this matter has been resolved.

Please acknowledge receipt of this letter immediately and give us your written assurance that you will comply with our demands on or before September 8, 2017. Although SolPals hopes the parties can resolve this matter amicably, it reserves its rights under all applicable laws.

Sincerely,

WORKMAN NYDEGGER

*Matthew A. Barlow*

MATTHEW A. BARLOW

Enclosure
MAB:pkw
6518060_1.docx



60 East South Temple
Suite 1000
Salt Lake City, Utah 84111
(801) 533-9800
www.wnlaw.com

Matthew A. Barlow
(801) 321-8804
mbarlow@wnlaw.com

August 25, 2017

**VIA E-MAIL**

Charles B. Machion
**ADVERTISING SPECIALTY INSTITUTE**
4800 Street Road
Trevose, PA 19053-6698
cmachion@asicentral.com

    Re:     *Infringement of SolPals, LLC Intellectual Property*
    Our File:    18800.16-6

Mr. Machion:

    This firm represents SolPals, LLC ("SolPals") in connection with the protection and enforcement of its intellectual property rights. SolPals holds various intellectual property rights related to unique designs for webcam covers, and has obtained the following patents in the United States related to webcam covers:

| Patent | Title | Issue Date |
|---|---|---|
| U.S. Pat. No. D763,843 | Webcam Cover | 8/16/2016 |
| U.S. Pat. No. D721,396 | Webcam Cover | 1/20/2015 |
| U.S. Pat. No. D708,657 | Webcam Cover | 7/8/2014 |
| U.S. Pat. No. D782,562 | Webcam Cover | 3/28/2017 |
| U.S. Pat. No. D669,112 | Webcam Cover | 10/16/2012 |

    SolPals forwarded to us for our review your letter dated July 25, 2017 regarding the HIT Promotional Products ("HIT") webcam cover sold in connection with Advertising Specialty Institute ("ASI"), and the letter from HIT's counsel regarding the same. HIT's letter is solely directed to an analysis of whether its product infringes SolPals' U.S. Patent No. D708,657. It is unclear whether HIT is aware of SolPals' other patents; HIT has not addressed whether its product infringes any of SolPals' patents besides Patent No. D708,657. In any case, it is clear that HIT has been diligent in copying SolPals' patented products.

    For instance, the HIT product is substantially similar to the webcam cover of SolPals' U.S. Pat. No. D669,112 ("the '112 Patent"),[1] as shown in the side-by-side comparison below:

---

[1] A copy of the '112 Patent is attached to this letter for your review.



As you can see, the HIT product and the design of the '112 Patent share substantial similarities. For instance, both comprise a rectangular webcam cover with a frame that holds a flat cover that can be slid in place over the lens of a camera on a computer or other device.

35 U.S.C. § 271 prohibits making, using, offering to sell, selling, or importing "any patented invention during the term of the patent" without authority from the patent owner. A patent owner may recover an infringer's total profits for sales of a product that infringes a design patent. 35 U.S.C. § 289. The patent owner may recover the profits of the manufacturer and/or any seller in the chain of distribution of the infringing article. *See, e.g., Bergstrom v. Sears, Roebuck & Co.*, 496 F. Supp. 476, 496 (D. Minn. 1980).

A product design is said to infringe a patented design if the two designs are substantially similar to an ordinary observer such that the observer would purchase one product supposing he had purchased the other. *Egyptian Goddess, Inc. v. Swisa, Inc.*, 543 F.3d 665, 670–74, 677–79 (Fed. Cir. 2008) (en banc) (relying on *Gorham Co. v. White*, 81 U.S. 511, 528 (1871) ("[I]f, in the

Charles B. Machion
**ADVERTISING SPECIALTY INSTITUTE**
August 25, 2017
Page 3

---

eye of an ordinary observer, giving such attention as a purchaser usually gives, two designs are substantially the same, if the resemblance is such as to deceive such an observer, inducing him to purchase one supposing it to be the other, the first one patented is infringed by the other."). Minor differences between a patented design and a copy will not preclude a finding of infringement. *Id.* at 670. As shown above, the HIT product is substantially similar to the design of the '112 Patent, and an ordinary observer would easily confuse them.

SolPals is committed to protecting its intellectual property rights, including its unique brands and designs. Given the striking similarity between the HIT product and the designs of SolPals' patents, SolPals is confident it will prevail in an infringement action if HIT and/or ASI continues to make, use, offer to sell, sell, or import its webcam covers in the United States. Before taking that step, however, SolPals is interested in attempting to amicably resolve this matter. Therefore, SolPals hereby demands that HIT and ASI immediately:

1. cease making, using, offering to sell, selling, and/or importing products in the United States, including the HIT webcam covers, that infringe any of SolPals' patents; and
2. provide an accounting of any HIT webcam cover made, used, offered for sale, sold, and/or imported into the United States.

In addition, please do not destroy any documents, information, or things relating to the HIT webcam cover (including its design, development, and manufacture) until this matter has been resolved.

Please acknowledge receipt of this letter immediately and give us your written assurance that you will comply with our demands on or before September 8, 2017. Although SolPals hopes the parties can resolve this matter amicably, it reserves its rights under all applicable laws.

Sincerely,

WORKMAN NYDEGGER

*/s/ Matthew A. Barlow/*

MATTHEW A. BARLOW



60 East South Temple
Suite 1000
Salt Lake City, Utah 84111
(801) 533-9800
www.wnlaw.com

Matthew A. Barlow
(801) 321-8804
mbarlow@wnlaw.com

December 21, 2017

**VIA CERTIFIED MAIL**
Charles B. Machion
Advertising Specialty Institute
Bucks County Technology Park
4800 E Street Rd. Ste. 100A
Trevose, PA 19053-6659

      RE:   *Infringement of SolPals, LLC Intellectual Property*
               Our File: 18800.16

Mr. Machion,

     Thank you for your letter of November 30, 2017. We have reviewed Image Depot and Howard Roe's sites and have confirmed the removal of several infringing products.

     Your letter references the HIT product (product number 265) available at http://imagedepotph.espwebsite.com/ProductDetails/?productId=551548304&imageId=28602089&tab=Tile&referrerPage=ProductResults&refPgId=511643305&referrerModule=PRDREB.
We have been in communication with HIT regarding its product and have reiterated that the product infringes SolPals' registered patent. A copy of our letter to HIT laying out SolPals' infringement position is enclosed. We intend to file a complaint against HIT on the grounds their product infringes SolPals' patent. If ASI wishes to avoid being named as a co-infringer in that complaint, it should remove the HIT webcam cover from all ASI sites.

     In addition, it appears that several additional infringing products have been added to ASI's database. For instance, the following webcam covers are substantially similar to the webcam cover of Sol Pals' U.S. Pat. No. D782,562 ("the '562 Patent"), as shown below:

Charles B. Machion
Advertising Specialty Institute
December 21, 2017
Page 2
-------------------------------------------

| '562 Patent | WCC100[1] | Webcam Privacy Cover GPCM272[2] |
|---|---|---|
|  |  |  |
|  |  |  |

| '562 Patent | Webcam Privacy Cover BBPAD219[3] | SS009 Webcam Security Cover[4] | Metal Laptop Webcam Cover APXF0173[5] |
|---|---|---|---|
|  |  |  |  |

---

[1] Available at
http://imagedepotph.espwebsite.com/ProductDetails/?productId=551732072&imageId=28609119&tab=Tile&referrerPage=ProductResults&refPgId=511643305&referrerModule=PRDREB;
http://www.howardroe.com/ProductDetails/?productId=551732072&imageId=28609119&tab=Tile&referrerPage=ProductResults&refPgId=515994912&referrerModule=PRDREB.

[2] Available at
http://imagedepotph.espwebsite.com/ProductDetails/?productId=551721459&imageId=28474554&tab=Tile&referrerPage=ProductResults&refPgId=511643305&referrerModule=PRDREB;
http://www.howardroe.com/ProductDetails/?productId=551721459&imageId=28474554&tab=Tile&referrerPage=ProductResults&refPgId=515994912&referrerModule=PRDREB.
http://imagedepotph.espwebsite.com/ProductDetails/?productId=551721459&imageId=28474554&tab=Tile&referrerPage=ProductResults&refPgId=511643305&referrerModule=PRDREB.

[3] Available at
http://imagedepotph.espwebsite.com/ProductDetails/?productId=551713808&imageId=28442783&tab=Tile&referrerPage=ProductResults&refPgId=511643305&referrerModule=PRDREB;
http://www.howardroe.com/ProductDetails/?productId=551713808&imageId=28442783&tab=Tile&referrerPage=ProductResults&refPgId=515994912&referrerModule=PRDREB.

[4] Available at
http://imagedepotph.espwebsite.com/ProductDetails/?productId=551748315&imageId=28646761&tab=Tile&referrerPage=ProductResults&refPgId=511643305&referrerModule=PRDREB;
http://www.howardroe.com/ProductDetails/?productId=551748315&imageId=28646761&tab=Tile&referrerPage=ProductResults&refPgId=515994912&referrerModule=PRDREB.

[5] Available at
http://imagedepotph.espwebsite.com/ProductDetails/?productId=551748271&imageId=28646794&tab=Tile&referre

Charles B. Machion
Advertising Specialty Institute
December 21, 2017
Page 3
-------------------------------------------



The '562 Patent covers a webcam cover with an elongated frame that surrounds a webcam and encloses a sliding door that can slide laterally to cover the webcam. (FIGS. 1–3, 8.) Similarly, the webcam covers shown above have elongated frames that surround a webcam and enclose a sliding door that can slide laterally to cover the webcam.

In addition to the patent referenced above, as we informed you previously, SolPals' U.S. Pat. App. No. 29/585,474 ("the '474 Application") is currently pending before the U.S. Patent and Trademark Office. The Office has issued a Notice of Allowance for this application, the issue fee has been paid, and the patent should issue sometime in mid-January. Several webcam covers sold through ASI will infringe this patent once issued, as shown below:

| '474 Application | Webcam Cover CP101[6] | Webcam Cover[7] |
|---|---|---|
|  |  |  |

---

rPage=ProductResults&refPgId=511643305&referrerModule=PRDREB;
http://www.howardroe.com/ProductDetails/?productId=551748271&imageId=28646794&tab=Tile&referrerPage=ProductResults&refPgId=515994912&referrerModule=PRDREB.
[6] Available at http://imagedepotph.espwebsite.com/ProductDetails/?productId=551700914&imageId=28386867&tab=Tile&referrerPage=ProductResults&refPgId=511643305&referrerModule=PRDREB;
http://www.howardroe.com/ProductDetails/?productId=551700914&imageId=28386867&tab=Tile&referrerPage=ProductResults&refPgId=515994912&referrerModule=PRDREB.
[7] *See* Appendix A for product numbers and URLs.

Charles B. Machion
Advertising Specialty Institute
December 21, 2017
Page 4
-------------------------------------------

| '474 Application | Privacy Camera Blockers in Case[8] | Plastic Slide Webcam Cover APXF0174[9] |
|---|---|---|
| | | |

The '474 Application covers a webcam cover with a rounded frame surrounding a webcam and a rounded cover that can be slid to cover the webcam. (FIGS. 1–8). Similarly, the webcam covers sold by Image Depot include a rounded frame surrounding a webcam and a rounded cover that can be slid to cover the webcam. Upon information and belief, these products also infringe SolPals' U.S. Pat. No. 9,829,770, which is directed to a Camera Obstructing Device.

ASI has been repeatedly notified of SolPals' intellectual property rights, yet continues to sell and offer for sale products that infringe SolPals' patents. If ASI will not remove these infringing listings, SolPals will not hesitate to take further action to protect its intellectual property rights. Please contact me at your earliest convenience to discuss this matter.

Sincerely,

WORKMAN NYDEGGER

*[signature: Matthew A. Barlow]*

MATTHEW A. BARLOW

---

[8] Available at
http://imagedepotph.espwebsite.com/ProductDetails/?productId=551533510&tab=Tile&referrerPage=ProductResults&refPgId=511643305&referrerModule=PRDREB;
http://www.howardroe.com/ProductDetails/?productId=551533510&imageId=26875787&tab=Tile&referrerPage=ProductResults&refPgId=515994912&referrerModule=PRDREB.

[9] Available at
http://imagedepotph.espwebsite.com/ProductDetails/?productId=551748351&imageId=28646816&tab=Tile&referrerPage=ProductResults&refPgId=511643305&referrerModule=PRDREB;
http://www.howardroe.com/ProductDetails/?productId=551748351&imageId=28646816&tab=Tile&referrerPage=ProductResults&refPgId=515994912&referrerModule=PRDREB.