IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **HIT Promotional Products, Inc.,** <br>       Plaintiffs <br> **v.** <br><br> **SolPals, LLC,** <br>       Defendants. | Case no: 8:18-cv-00336-CEH-JSS |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

\_\_\_\_ IS    related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

\_\_X\_\_ IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated: February 12, 2018

Respectfully submitted,

*s/ Patrick A. Reid*
Patrick A. Reid, Esq.
Fla. Bar No. 112708
patrick@larsonpatentlaw.com

*s/ Herbert W. Larson*
Herbert W. Larson, Esq.

1

Fla. Bar No. 969930
bill@larsonpatentlaw.com

LARSON & LARSON, P.A.
11199 69th Street
Largo, FL  33773
Tel: (727) 546-0660
Trial Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on February 12, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I served by electronic mail a copy of the foregoing document to non CM/ECF participants:

Matthew A. Barlow, Esq.
Workman Nydegger
60 East South Temple
Salt Lake City, UT 84111
mbarlow@wnlaw.com

            *s/ Patrick A. Reid*
            Patrick A. Reid, Esq.