IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| **HIT Promotional Products, Inc.**<br><br>    Plaintiff,<br>v.<br><br>**SolPals, LLC**<br><br>    Defendant. | **Case no: 8:18-cv-00336-CEH-JSS**<br>**Bench trial requested**<br>**No injunctive relief sought** |

### N<small>OTICE OF</small> D<small>ISMISSAL WITHOUT</small> P<small>REJUDICE</small>

Pursuant to Civil Rule 41(a)(1)(A)(i), Plaintiff, by and through the undersigned counsel, hereby gives notice that the above-captioned action is voluntarily dismissed without prejudice against the Defendant.

    Respectfully submitted,

    s/*Patrick A. Reid*
    Patrick A. Reid, Esq.
    Fla. Bar # 112708
    patrick@larsonpatentlaw.com

    Herbert W. Larson, Esq.
    Fla. Bar # 969930
    bill@larsonpatentlaw.com

    Larson & Larson, P.A.
    11199 69th Street
    Largo, FL 33773
    (727)-546-0660 tele
    (727) 213-6922 fax
    Trial Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 14, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that I mailed the foregoing document and notice of electronic filing to the following non CM/ECF participants: NONE.

s/<u>*Patrick A. Reid*</u><br>
Patrick A. Reid, Esq.